UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE TELLO RAMON, | ) | No. EDCV 07-1541-RC |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: _February 19, 2009_    _/S/ Rosalyn M. Chapman_____
                              ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1541.mdo
2/19/09