Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE TELLO RAMON,          ) | No.  EDCV 07-1541 RC |
|              ) | |
|     Plaintiff,        ) | [~~PROPOSED~~] ORDER AWARDING |
|     v.               ) | EAJA FEES |
|              ) | |
| MICHAEL J. ASTRUE,      ) | |
| COMMISSIONER OF SOCIAL   ) | |
| SECURITY,           ) | |
|              ) | |
|     Defendant.        ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount

TWO THOUSAND NINE HUNDRED THIRTY TWO DOLLARS and 60/cents

($2,932.60), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-

referenced Stipulation.

DATED:  _April 20, 2009 __/S/ ROSALYN M. CHAPMAN  _____

                HON. ROSALYN M. CHAPMAN
                UNITED STATES MAGISTRATE JUDGE